UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | EDCV 21-5746 CAS (RAO) | Date: | June 7, 2022 |
| Title: | David Fink v. Sarkis Ohannessian, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE**

On July 9, 2021, Plaintiff David Fink filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983 and other federal and state statutes. Dkt. No. 1. On April 1, 2022, the Court issued an Order to Show Cause as to why Plaintiff's § 1983 claims should not be dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed. 2d 383 (1994). Dkt. No. 12. A response was due by May 2, 2022. *Id.* To date, no response has been filed.

**Plaintiff is ordered to show cause, in writing, no later than <u>July 7, 2022</u>,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by filing a response to the April 1, 2022 Order to Show Cause regarding the applicability of *Heck*. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk is directed to provide Plaintiff with a copy of the April 1, 2022 order, located at ECF No. 12.

     **IT IS SO ORDERED.**

Attachment.

:
dl